IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>DONALD P. FOX,   )<br>  )<br>Defendant.   ) | Case No. 4:04CR3134<br><br>**ORDER** |

THIS MATTER comes before the Court on defendant's Motion to Withdraw, filing no. 14. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Assistant Federal Public Defender John C. Vanderslice and the Federal Public Defender's office shall be permitted to withdraw as counsel of record for Mr. Fox. **The Clerk is directed to remove Mr. Vanderslice from all future ECF notifications in this case.**

Dated this 14th day of November, 2008.

BY THE COURT:

s/ *David L. Piester*

The Honorable David L. Piester
United States Magistrate Judge